# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JAMIE FLACK, LLC, a Pennsylvania LLC d/b/a Rustique,** | : | No. 3:16cv1679 |
| Plaintiff | : | (Judge Munley) |
| | : | |
| v. | : | |
| | : | |
| **RUSTIQUE SPECIALITY GIFTS, LLC,** | : | |
| Defendant | : | |

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## **ORDER**

**AND NOW**, to wit, this 18th day of November 2016, Defendant Rustique Speciality Gift, LLC's motion to dismiss plaintiff's complaint (Doc. 6) is **DENIED**.

                                        **BY THE COURT:**

                                        **s/ James M. Munley**
                                        **JUDGE JAMES M. MUNLEY**
                                        **United States District Court**